# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID J. ALMBERG & WANDA K. ALMBERG  Case Number: 07-70975
9925 OLD RIVER ROAD  SSN-xxx-xx-2546 & xxx-xx-5381
ROSCOE, IL  61073

Case filed on: 4/20/2007
Plan Confirmed on: 7/13/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $28,520.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | WELLS FARGO BANK NA | 0.00 | 0.00 | 18,126.07 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 18,126.07 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 003 | FISHER & SHAPIRO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FISHER & SHAPIRO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID J. ALMBERG | 0.00 | 0.00 | 777.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 777.00 | 0.00 |
| 001 | CITIZENS FINANCE | 7,266.15 | 7,266.15 | 5,326.27 | 672.73 |
| 004 | WELLS FARGO BANK NA | 13,638.65 | 13,638.65 | 1,652.91 | 0.00 |
|  | Total Secured | 20,904.80 | 20,904.80 | 6,979.18 | 672.73 |
| 006 | CAPITAL ONE BANK (USA) NA | 829.63 | 829.63 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 888.72 | 888.72 | 0.00 | 0.00 |
| 008 | CAPITAL ONE BANK (USA) NA | 956.47 | 956.47 | 0.00 | 0.00 |
| 009 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 536.05 | 536.05 | 0.00 | 0.00 |
| 012 | BOUDREAU & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,210.87 | 3,210.87 | 0.00 | 0.00 |
|  | Grand Total: | 27,115.67 | 27,115.67 | 25,882.25 | 672.73 |

Total Paid Claimant:    $26,554.98
Trustee Allowance:      $1,965.02
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009        By  /s/Heather M. Fagan